UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 1:08-CR-271

v.                                             Hon. Janet T. Neff

WESTON GAVIN MERRICK,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR REVOCATION OF PRETRIAL RELEASE

Pending before the court is a motion by the defendant for revocation of the court's order of pretrial release (docket no. 41). Defendant was sentenced in the Saginaw County Circuit Court to a sentence of incarceration which will conclude upon his transfer to federal authorities, and it is unlikely that any time he serves in state custody will be credited to his anticipated federal sentence of imprisonment. The motion is unopposed. The Probation Office also favors the motion. Upon due consideration, the motion is GRANTED.

Accordingly, pending sentencing in this matter, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: February 26, 2009  /s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge